[No. 42716-4-I.     Division One.    May 3, 1999.]

PAMELA ALBRENT, *Appellant*, v. COASTAL TRANSPORTATION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-00076-9, Peter Jarvis, J., entered February 11 and June 3, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Baker and Cox, JJ.

[No. 42746-6-I.     Division One.    May 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03379-5, Jeanette R. Burrage, J., entered May 26, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 16916-2-III.     Division Three.    May 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN ALLEN MADSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-1-00013-2, H. Thompson Reynolds, J., entered September 2, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 20954-3-II.     Division Two.    May 7, 1999.]

CHUCK HAUNREITER, *Appellant*, v. THE CITY OF CHEHALIS, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-2-00004-3, Milton R. Cox, J., entered June 24, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.